UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ANTHONY ALENCI,
*on behalf of himself and other similarly situated individuals*
Plaintiff

V.

HOMETOWN OAKPOINT I, LLC, ET. AL.
Defendant

CIVIL ACTION

NO. 1:19-cv-12244-LTS

JUDGMENT OF DISMISSAL

Sorokin,  D. J.

In accordance with the Court's Order dated   May 15, 2020 (CM/ECF No.  47)  granting [ 15] Motion to Dismiss  Complaint , it is hereby ORDERED:

Judgment for the Defendants,  with each side to bear its own costs and fees.

By the Court,

May 15, 2020
Date

/s/ Mariliz Montes
Deputy Clerk